UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEON KUCHENMEISTER, et al, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>HEALTHPORT TECHNOLOGIES, LLC, et al, <br><br>　　　　Defendants. | CIVIL ACTION FILE <br><br>NO. 1:17-CV-01001-RWS |

**J U D G M E N T**

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Defendants' Motions to Dismiss, and the court having granted Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1) as to Plaintiffs' breach of contract claim but otherwise DENIED and the court having granted Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) and 9(b) as to all other remaining claims, it is

Order**d and Adjudged** that the action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia, this 9th day of January, 2018.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:　s/Shane Gazaway
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　January 9, 2018
James N. Hatten
Clerk of Court

By:　s/Shane Gazaway
　　　　Deputy Clerk